# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOHNNIE RIVERA,

                Petitioner

        v.

COURT OF COMMON PLEAS,
PHILADELPHIA COUNTY,
PENNSYLVANIA,

                Respondent

: No. 13 EM 2018
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.